TRANSLATION

[Lemus 1]

Guatemala, January 16, 2015

**To Whom It May Concern:**

It is my pleasure to state that I know Mr. Lorenzo Lemus Mayen who is identified by National ID Number: 2150 07719 0509 as a good husband and father of 4 children and as work companions in fishing, due to a lack of economic resources, took him to those extremes.

I Ángel Argueta Chamul who I identify myself with my National ID Number: 1825 71637 0510 have no inconvenience in recommending him.

[Signature]  **Ángel Argueta Chamul**
**National ID: 1825 71637 0510**

[Lemus 2]

Guatemala, January 15, 2015

**To Whom It May Concern:**

By this means it is my pleasure to note that I know Mr.: Lorenzo Lemus Mayen National ID: 1644 43274 1705, as a good citizen, worker, good husband and excellent family father.  That he works in fishing and that he was brought to such an enormous situation due to economic reasons.

I Darlin Emperatriz Pineda Quiñones who identify myself with National ID Number:  1876 37490 0506 resident of Col. [residential area] Santa Cecilia, Pto [Port of] Iztapa, Escuintla.

<u>**[Signature] Darlin Emperatriz Pineda Quiñones**</u>
<u>**National ID: 1876 37490 0506**</u>

[Lemus 3]

January 15, 2015

Esteemed:

By this means I am communicating with you letting you know that Mr. Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705, native of Guatemala lives in the municipality of Iztapa, because of scarce resources and bad luck [in order] to provide his children a better [life] saw himself obligated to make a bad decision   I attest that the gentleman is a good person who has four children and is of scarce means that's why he found himself obligated to want to improve their lot by that means, I plead with you to put yourself in his place since for one's family one gives it all   I hope you read this letter and analyze it given that his family suffers for him and his children.

I thank you for your understanding.

Awaiting the return of the friend we all appreciate, Thank you!

[Signature]            [finger print]
**Guadalupe Gómez Linares**
**National ID: 1980 17782 0510**

[Lemus 4]

Friday January 16, 2015

To Whom It May Concern:

By this means I let it be known to the civil and military authorities of the United States that Mr.: Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705 native of Guatemala   have known him for 30 years    that he is an honest person and due to poverty reasons in his country found himself obligated to take that decision   for the sustenance of his family.

Attentively,

<u>    [Illegible signature    </u>
Francisco Díaz
National ID: 1633 29257 2214

[Lemus 5]

**Puerto Iztapa, January 16, 2015**

**To Whom It May Concern:**

By this means I would like to have the record show that the bearer of this letter, Mr.: **Lorenzo Lemus Mayen** who is identified by his National ID sheet: **1644 43274 1705** resides in Col. [subdivision] Santa Cecilia, Puerto Iztapa, Escuintla, I know him as an Honest, Honorable and working person  And that due to the economic situation in our country Guatemala he made incorrect decisions for which he is remorseful because he's a person of good principles.

By which I **Fredy Orlando Méndez,** have no problem in recommending him.

Attentively.

_____**[Illegible signature]**_____

**Fredy Orlando Méndez**
**National ID: 2187 48973 1710**

[Lemus 6]

I

**Guatemala January 16, 2015**

Esteemed:

By this means I address you American authorities to let you know that Mr.: Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705, native of Guatemala from the Department of Escuintla Municipality of Iztapa, where he lives and for extreme reasons of poverty and scarcity that exist in our country he committed the foolish and lame decision of which you have knowledge.  He has 4 children and thought that by doing this he was going to obtain some money to feed and school his children

Poverty led him to this and today his family and children live a worse situation because now he is not [here].

I know him and attest that he is a good person, I'm very sorry for the problems he's caused you and I hope you forgive his error, but I'm even more sorry to see his wife and kids suffer for something that poverty and said situation, I hope you can do something so he returns, because he did not do it with bad intentions but due to what was stated earlier.

I thank you for your fine intention and understanding God Bless You.

Attentively,

_____[Illegible signature]_____
Judith Maribel Girón Escobar
National ID: 2073 87605 0509

[Lemus 7]

January 17. 2015

Esteemed:

By this means I convey letting you know that Mr.: Lorenzo Lemus Mayen who is identified by National ID: 1644 43274 1705 native of Guatemala neighbor of the Municipality of Iztapa Escuintla, I attest that Mr. Lemus is a good person, that he has 4 children, and also lives with his parents and rest of [the] family who are known to me and they are all neighbors in the vicinity.

I'm letting you know that by my knowledge he, for reasons of scarce means made a bad decision, I plead for your entire consideration because as you know the family is everything

I thank you for your attention awaiting the return of our friend and neighbor:

[Signed] María Fernanda López R.
María Fernanda López Ramírez.
National ID:  2204 21471 1213

[Lemus 8]

January 17, [2015]

Dear Sirs:

By this means I convey before you the reason why Mr.: Lorenzo Lemus Mayen who is identified by National ID: 1644 43274 1705 native of Guatemala Puerto Iztapa, Escuintla. For personal reasons and many necessities that we the Guatemalans are going thru he received and made the bad work decision and now he is suffering far from his family he finds himself very remorseful.

I convey [to you] that I attest that he has been a very good worker to support his family and very honest, I plead with you please for your understanding towards him, beforehand I thank you for your understanding and attention, awaiting the return of our neighbor

Attentively,

_____[Illegible signature]_____
Migdalia Florian del Cid
National ID: 1971 23139 0604

[Lemus 9]

Guatemala January 16, 2015

Guatemala
Colonia [Subdivision] Santa Cecilia
Puerto Iztapa, Escuintla

I Felicita Albarez Gayardo, Attest that Mr, Lorenzo Lemus Mayen with National ID:  1644 43274 1705 and confirm [him] to be one of our neighbors, of being an honorable person of our community, for reasons of his family the problem has arisen, where he finds himself now.

We plead for the love of his family who miss him today.

Attentively, your friend and neighbor.

_____[Signed:  Fingerprint]_____
Felicita Albarez Gayardo
National ID:  2192 93406 2214

[Lemus 10]

## LEMUS FAMILY GUATEMALA ESCUINTLA, PUERTO IZTAPA.

**January 14, 2015**

**To: Your Honor**
**From: Wife of Lorenzo Lemus Mayen**
**Guatemala, Escuintla, Puerto Iztapa**

    Have a very good day Your Honor, the reason for this letter is to comment to you that I have 3 girls and 1 boy who are still minors, of which 3 need schooling and the reason why they won't attend their schooling is because I can't work, given that I have to take care of them and the only support I received was from my husband Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705, when my husband was with my family in Guatemala we were going thru a downward economic crisis, he committed himself to go out on the first trip who by risking his life out of love for his family he did what he did, without having any doubt that Lorenzo Lemus Mayen is a good, honest, working man, this is my plea that you have a little understanding because here in Guatemala they don't let me work, it is very difficult finding honest employment having children, even more so when you are a woman, thanking you for your understanding I very attentively say farewell.

[Signed] <u>Flor de María González</u>
**Flor de María Gonzales**
**1801 57566 0510**

[Lemus 11]

January 14, 2015

**Ciudad Guatemala**
**Departamento de Escuintla**
**Caserío Santa Cecilia**
**Puerto de Iztapa**

**Gentlemen:**

To whom this letter is addressed I confirm that I know Mr.: Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705.

He's a very honest, working and honorable person who sustains his wife and 4 children in the fishing craft.

Mr. Lemus Mayen finds himself obligated due to his need for the means to which sustain his family which made him make a sea trip for the first time.

Attentively,

[Signed]Ana. Grizelda. H.__
**Ana Grizelda Hernández**
**National ID: 1980 17782 0510**

[Lemus 12]

January 14, 2015

**Ciudad de Guatemala**
**Pto de Iztapa Escuintla**
**Col. Santa Cecilia**

**To Whom It May Concern:**

I hereby confirm that Mr.: Lorenzo Lemus Mayen, who is identified by National ID Number: 1644 43274 1705, is a working, honest and honorable person where he left his wife and his 4 children who he supported by fishing.

He had never done bad things, the problem is due to the situation in Guatemala which is very hard, since sometimes when fishing you earn and at times you don't, due to the circumstances he was going through necessity made him take the decision to go for the first time because sadly there are people who take advantage of that.

Grateful for your understanding.

[Signed] Joselín Noemi Alonzo Quevedo.
**Joselin Noemi Alonzo Quevedo**
**2128 20214 0510**

[Lemus 13]

Guatemala, January 16, 2015

To Whom [It] Corresponds:

I Emilio Osorio Lorenzana neighbor of Mr. Lorenzo Lemus Mayen Who is identified by National ID Number:  1644 43274 1705, Hereby confirm to whom it corresponds that the bearer of the ID card is a person known extensively by me, so much so that I am pleased to recommend him as a serious person with good manners, for the legal purposes that the interested party [may find] convenient.

This letter has been drafted in Colonia Santa Cecilia, 1er. Callejón lote # 055.  Buena Vista Iztapa,

Attentively,

[Illegible signature]_____
**Emilio Osorio Lorenzana**
**National ID: 2630 99504 0510**

[Lemus 14]

**Guatemala, January 17, 2015**

**To Whom It May Concern:**

I Jorge González With [sic] National ID Number: 2150 07719 0509 attest that the gentleman Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705, is an honest person, with humble principles and a great desire to improve the lot of his son and daughters.

The reason for my letter is to afford Lorenzo Lemus Mayen all the confidence in the world that his family will wait for him his 8 month-old baby and 3 daughters ages 10, 12 and 4 respectively, since he tried to find the way to improve their lives without mattering to him how he did it given that he is far from them and without affording them his help since he was trying to improve their lives and regrettably the law caught him undocumented not suitable for the citizens, but gentlemen, let's examine this point consciously if you knew how critical fishing is in Guatemala, it worsens daily, sirs the gentleman Lemus Mayen wanted to give his children another kind of life due to which he is now unable to support them any which way, poverty in Guatemala is the #1 since because of it fishing men make the sad decision [to make] trips headed out to sea and without knowing they will never return to see their families.

Thanks for your understanding.

Attentively,

**[Illegible signature]_____**
**Jorge González**
**National ID: 2150 07719 0509**

[Lemus 15]

# EVANGELICAL CHURCH "SPRINGS OF ETERNAL LIFE"

January 13, 2015

**City of Guatemala**
**Department of Escuintla**
**Caserío Santa Cecilia Puerto Iztapa**

**Gentlemen:**

To whom this letter may interest I hereby confirm that Mr. Lorenzo Lemus Mayen, who is identified by National ID. Number:  1644 43274 1705 is an honest, honorable, working person, who by fishing sustains his wife and 4 children.

He has never done illegal things, the problem he is going through right now is due to the hardships that many Guatemalans are going thru  Pitifully there are people who take advantage of that.

I attest to all of this, attentively,

[At far right, EVANGELICAL CHURCH
SPRINGS OF ETERNAL LIFE stamp,
LOS ENCUENTROS NEIGHBORHOOD
PUERTO SAN JOSE, ESCUINTLA]

[Signed] Luciano O. H.
**Luciano Osorio H.**
**Pastor and Minister**

[Lemus 16]

## UNIDA EVANGELICAL PENTECOSTAL CHURCH in Col. Santa Ceci
### Located n Col. Santa Cecilia 4tp. Callejón Lote No. 8 Iztapa
### Escuintla Guatemala.

**January 15, 2015**

By means of this letter I address the person who requested this recommendation.

I can give a reference for the male Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705 who is known as a good person very honest with Christian principles and [is a] responsible worker.

But I understand that due to circumstances of life, and the hardships that present themselves today he found himself in the obligation of accepting that kind of work without thinking that today he might be regretting it logically he has to face the authorities where he finds himself today.

With the greatest respect that you deserve, in the name of Jesus receive many blessings, I close this recommendation letter size on the previously mentioned date.

**[Illegible signature]**_____
**Wilfredo Antonio Martínez.**

[At bottom of page, far right:
**UNIDA** Pentecostal Church
Col. Santa Cecilia 4to Callejón, Iztapa.
Date:_____]

[Lemus 17]

## PUERTA ESTRECHA EVANGELICAL PENTECOSTAL CHURCH
### Located on lote no. 10 Colonia Santa Marta Iztapa Escuintla, Guatemala.

**To Whom This May Concern:**

Allow me to introduce by this letter Mr. Lorenzo Lemus Mayen who can be identified by National ID Number:  1644 43274 1705 for whom I give a good reference that he is an honest person, with Christian principles and [a] worker, capable of carrying out any job, he's cooperative and responsible.

But I understand that out of economic hardship for his family, wife and his 4 children he committed himself to get out on that trip and has to face the authorities where he is at.

And for the formal uses for this interested [person] I convene and enclose this letter of commendation on a letter size bond sheet of paper on January 14, 2015.

Attentively,

[Seal of PUERTA ESTRECHA
(NARROW DOOR) EVANGELICAL
PENTECOSTAL CHURCH
COLONIA SANTA MARTA, IZTAPA]

<u>**[Illegible signature]**</u>
<u>**Santos Romeo Perez Hernandez**</u>

[Lemus 18]

## "LA QUINOA" FISHERMEN'S CRAFT ASSOCIATION

**January 14, 2015**

**To Whom It May Concern:**

By means of this letter you are warmly greeted wishing you are well with those people who surround you and after this humble and simple greeting I go to the following:

Lorenzo Lemus Mayen who is identified by National ID Number: 1644 43274 1705, he is known as a very responsible and humble man as in the fishing association a majority are of this kind, and it saddens us that people like him are in certain territories in this situation only God has the last word and of course you as the authority will also have something to say concerning this.

Bid you farewell.

The Board of the Fishermen.

**[Illegible signature]**_____
**Luis Flores**

[At far right, stamp with
**"ACPAQUINOA"**
Fish logo in center,
Date:_____]